PA ORAL FACIAL & IMPLANT SURGERY
90 BEAVER DR
DU BOIS PA 15801

1404-7580
100 Payroll
EE ID: 32

| DATE | CHECK NO. |
|---|---|
| 05/13/2016 | 10596 |

PAY TO THE ORDER OF

LORI A NEWCOME
216 DINSMORE AVENUE
PUNXSUTAWNEY PA 15767

Total Net Direct Deposit(s)
**$197.92**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                         FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Lori A Newcome
216 Dinsmore Avenue
Punxsutawney, PA 15767

Soc Sec #: xxx-xx-xxxx    Employee ID: 32
Home Department: 100 Payroll

Pay Period: 04/24/16 to 05/07/16
Check Date: 05/13/16    Check #: 10596

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5686 | 197.92 | 197.92 |
| NET PAY | 197.92 | 197.92 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 20.38 | 12.0000 | 244.56 | 20.38 | 244.56 |
| Total Hours | 20.38 | | | 20.38 | |
| Gross Earnings | | | 244.56 | | 244.56 |
| Total Hrs Worked | 20.38 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 15.16 | 15.16 |
| Medicare | | 3.55 | 3.55 |
| Fed Income Tax | S 0 | 15.80 | 15.80 |
| PA Income Tax | | 7.51 | 7.51 |
| PA Unemploy | | 0.17 | 0.17 |
| PA DUBCY-Cle In | | 2.45 | 2.45 |
| PA LDUBC-Cle L | | 2.00 | 2.00 |
| TOTAL | | 46.64 | 46.64 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 197.92 | 197.92 |

Payrolls by Paychex, Inc.

0046 1404-7580   PA Oral Facial & Implant Surgery • 90 Beaver Dr • Du Bois PA 15801 • (814) 375-0500

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 01/01/16 - 07/06/16)

Page 2 of 3

0046 1404-7580 PA Oral Facial & Implant Surgery

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/13 | Hourly | 20.38 | | 244.56 | | 244.56 | | 18.71 | 15.80 | 7.51 | 2.45 | 0.17 / 2.00 | 197.92 |
| 05/27 | Hourly | 44.68 | | 536.16 | | 536.16 | | 41.01 | 49.61 | 16.46 | 5.36 | 0.38 / 2.00 LDUBCL 4.00 | 421.34 |
| QTR 2 | | 65.06 | | 780.72 | | 780.72 | | S 48.40 M 11.32 | 65.41 PA | DUBCY 23.97 | 7.81 | PAUI 0.55 | 619.26 |
| YTD 2016 | | 65.06 | | 780.72 | | 780.72 | | S 48.40 M 11.32 | 65.41 PA | DUBCY 23.97 | 7.81 | LDUBCL 4.00 PAUI 0.55 | 619.26 |

| | | | | |
|---|---|---|---|---|
| Newcome, Lori A | ID: | Term Date: | Withholding Method: | Deductions: |
| Soc Sec #: xxx-xx-4578 | Home Dept: 32 | Pay Frequency: Bi-weekly | | |
| 216 Dinsmore Avenue | Sex: Female | Standard Hrs: | Federal: Single, 0 | |
| Punxsutawney, PA 15767 | Birthdate: | Rate 1 / Salary: 12.00/Hour | PA: 3.07% | |
| (412) 327-5215 | Hire Date: 05/28/2016 | | PA Dubois City Income Tax - C | |
| | Inactive Date: | | PA Punxsutawney BORO/ Pun | |
| | Rehire Date: 05/03/2016 | Last Raise Date: | Earnings: | |

Page 3 of 3

## EMPLOYEE EARNINGS RECORD
(Requested Check Dates 01/01/16 - 07/06/16)

0046 1404-7580 PA Oral Facial & Implant Surgery

### HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS

| CHECK DATE | DESCRIPTION | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR 2 | Hourly | 65.06 | | 780.72 | | 780.72 | | Social Security<br>Medicare<br>Fed Income Tax<br>PA Income Tax<br>PA Unemploy<br>PA DUBCY-Cle CTY I<br>PA LDUBC-Cle CTY L | 48.40<br>11.32<br>65.41<br>23.97<br>0.55<br>7.81<br>4.00 | | 619.26 |
| QTR 2 TOTAL | | | | | | 780.72 | | | 161.46 | | |
| | Hourly | 65.06 | | 780.72 | | 780.72 | | Social Security<br>Medicare<br>Fed Income Tax<br>PA Income Tax<br>PA Unemploy<br>PA DUBCY-Cle CTY I<br>PA LDUBC-Cle CTY L | 48.40<br>11.32<br>65.41<br>23.97<br>0.55<br>7.81<br>4.00 | | 619.26 |
| TOTAL | | | | | | 780.72 | | | 161.46 | | |