| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 16-10776-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Fri Apr 28 10:09:53 EDT 2017 | Peoples TWP LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Best Buy Credit Services<br>PO Box 183195<br>Columbus, OH 43218-3195 |
| CRW Home Center, Inc.<br>313 Martha Street<br>Punxsutawney, PA 15767-1821 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Cavalry Spv I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| Chase Card Services-Disney<br>PO Box 1423<br>Charlotte, NC 28201-1423 | Citi Cards/Bon Ton<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Comenity - Gander Mtn<br>PO Box 659569<br>San Antonio, TX 78265-9569 |
| Comenity- Peebles<br>PO Box 659465<br>San Antonio, TX 78265-9465 | Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062-2679 | Dan & Kelly Reitz<br>45 Calvary Lane<br>Punxsutawney, PA 15767-7932 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | GM Financial<br>PO Box 183834<br>Arlington, TX 76096-3834 | Hyundai Capital America DBA<br>Kia Motors Finance<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 |
| Indiana Regional Medical Center<br>PO Box 788<br>Indiana, PA 15701-0788 | Jefferson County Tax Claim Bureau<br>200 Main Street Court House<br>Brookville, PA 15825 | KIA Motor Finance<br>PO Box 20815<br>Fountain Valley, CA 92728-0815 |
| Kay Jewelers<br>PO Box 740425<br>Cincinnati, OH 45274-0425 | Kohls/Capital One<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | Liberty Mutual Group<br>7000 Stonewood Drive Suite 100<br>Wexford, PA 15090-7376 |
| Lowe's/Synchrony Bank<br>PO Box 960010<br>Orlando, FL 32896-0010 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Northwest Consumer Discount Company<br>107 East Mahoning Street<br>PO Box 456<br>Punxsutawney, PA 15767-0456 |

| | | |
|---|---|---|
| ONEMAIN<br>605 MUNN ROAD<br>FT. MILL, SC 29715-8421 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | OneMain Financial<br>P.O. Box 3251<br>Evansville, IN. 47731-3251 |
| OneMain Financial<br>PO Box 9001122<br>Louisville, KY 40290-1122 | Penn Highlands DuBois<br>PO Box 447<br>Du Bois, PA 15801-0447 | Peoples Gas<br>PO Box 747105<br>Pittsburgh, PA 15274-7105 |
| Peoples TWP LLC<br>c/o S. James Wallace, P.C.<br>845 North Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | Plain Green Loans<br>PO Box 42560<br>Philadelphia, PA 19101-2560 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Punxatawny Area Hospital<br>81 Hillcrest Drive<br>Punxsutawney, PA 15767-2616 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| S&T Bank<br>PO Box 190<br>Indiana, PA 15701-0190 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Sterling Jewelers Inc.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 |
| Sterling Jewelers, Inc. dba Kay Jewelers<br>c/o Buckley King LPA<br>600 Superior Avenue East, Suite 1400<br>Cleveland, Ohio 44114-2693 | Susan L. Mitchell<br>301 E. Mahoning Street<br>Suite 3<br>Punxsutawney, PA 15767-2142 | Synchrony Bank-LensCrafters<br>PO Box 960061<br>Orlando, FL 32896-0061 |
| The SOS Group<br>Collection Agency<br>PO Box 16211<br>Cleveland, OH 44116-0211 | Walmart Mastercard/Syncb<br>PO Box 960024<br>Orlando, FL 32896-0024 | Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale-Bayne Road<br>Suite 200<br>Warrendale, PA 15086-6504 |
| Daniel Reitz<br>45 Calvary Lane<br>Punxsutawney, PA 15767-7932 | Kelly Reitz<br>45 Calvary Lane<br>Punxsutawney, PA 15767-7932 | Lori A. Newcome<br>7 Wellington Court<br>Mckees Rocks, PA 15136-1377 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Todd R. Newcome<br>216 Dinsmore Avenue<br>Punxsutawney, PA 15767-2306 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

(d)Dell Preferred Account
Payment Processing Center
PO Box 6403
Carol Stream, IL 60197

Nationstar Mortgage, LLC
PO Box 619096
Dallas TX 75261-9741

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Springleaf
PO Box 742536
Cincinnati, OH 45274

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)NATIONSTAR MORTGAGE, LLC

End of Label Matrix
Mailable recipients    55
Bypassed recipients     1
Total                  56