```
              IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                          :
TODD R. NEWCOME                 : BANKRUPTCY NO. 16-10776-TPA
LORI A. NEWCOME,                :
    Debtors                     : CHAPTER NO. 13
                                :

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND DOCUMENTS

Kindly enter the appearance of Gary V. Skiba, Esq., YOCHIM, SKIBA & NASH, 345 West 6th Street, Erie, PA 16507, as the attorney for Daniel Q. Reitz and Kelly A. Reitz, creditors and parties in interest. Attorney Skiba requests that all notices given or required to be served in this case be given to and served upon him as noted above. The foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, plan, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, email, telegraph, telex, or otherwise.

                              Respectfully submitted,

                              YOCHIM, SKIBA& NASH


                              By/s/ Gary V. Skiba
                                Gary V. Skiba, Esq.
                                345 West 6th Street
                                Erie, PA 16507
                                814/454-6345
                                Attorney for Daniel Q. Reitz
                                   and Kelly A. Reitz
                                PA Attorney I.D. No. 18153

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
TODD R. NEWCOME  
LORI A. NEWCOME,  
    Debtors

: BANKRUPTCY NO. 16-10776-TPA  
:  
: CHAPTER NO. 13  
:

## DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request To Be Added to the Mailing Matrix.

I am the Attorney for Daniel Q. Reitz and Kelly A. Reitz, creditors in the above-captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The address of Attorney Gary V. Skiba should be added to the matrix; Daniel Q. Reitz and Kelly A. Reitz should not be deleted.

PLEASE CHECK THE APPROPRIATE BOX

X that there are no other requests to receive notices on behalf of these creditors, or

☐ that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

    Daniel Q. Reitz  
    Kelly A. Reitz  
    _____  
    Creditors' name

    45 Calvary Lane  
    Punxsutawney, PA 15767

I declare under penalty of perjury that the foregoing is true and correct. Executed on October    , 2016.  
    (Date)

    <u>Gary V. Skiba, Esq.</u>  
    Attorney for

    <u>/s/ Gary V. Skiba</u>  
    Signature of Attorney for  
    Daniel Q. Reitz and Kelly A. Reitz

    <u>18153</u>  
    Attorney's P.A.I.D.#

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
TODD R. NEWCOME  
LORI A. NEWCOME,  
    Debtors

: BANKRUPTCY NO. 16-10776-TPA  
:  
: CHAPTER NO. 13  
:

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing notice of appearance and request for notices and documents was mailed this date by first class mail, postage pre-paid, upon the following:

Office of U.S. Trustee  
Liberty Center  
1000 Liberty Avenue, Suite 970  
Pittsburgh, PA  15222

Brian C. Thompson, Esq.  
125 Warrendale-Bayne Road  
Suite 200  
Warrendale, PA 15086

Type of service made on the party below was electronic notification:

Ronda J. Winnecour, Esq.  
cmecf@chapter13trusteewdpa.com

/s/ Gary V. Skiba  
Gary V. Skiba, Esq.

DATED: October 12, 2016