**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Todd R. Newcome and Lori A. Newcome | CHAPTER 13 |
| Debtor(s) | BKY. NO. 16-10776 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0431

                                            Respectfully submitted,

                                            **/s/ James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                            jwarmbrodt@kmllawgroup.com
                                            Attorney I.D. No. 42524
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            Phone: 215-825-6306
                                            Fax: 215-825-6406
                                            Attorney for Movant/Applicant