| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Lori A. Newcome** | Social Security number or ITIN | **xxx–xx–4578** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter | **7  8/12/16** |
| Case number: **17–21782–TPA** | | | |

## Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set         12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lori A. Newcome | |
| 2. | **All other names used in the last 8 years** | fka Lori A. Popp | |
| 3. | **Address** | 7 Wellington Court<br>McKees Rocks, PA 15136 | |
| 4. | **Debtor's attorney**<br>Name and address | Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale–Bayne Road<br>Suite 200<br>Warrendale, PA 15086 | Contact phone 724–799–8404 |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert Shearer<br>5703 Brewster Lane<br>Erie, PA 16505 | Contact phone 814 520 5106 |
| | | The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition. | |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 4/28/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | |
| **7. Meeting of creditors** | **June 12, 2017 at 03:00 PM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8. Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/11/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/11/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/8/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object | |

to exemptions in line 9.

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                                                 page **2**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 17-21782-TPA
Lori A. Newcome                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2              Date Rcvd: Apr 28, 2017
                              Form ID: 309B           Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
db          +Lori A. Newcome,    7 Wellington Court,    McKees Rocks, PA 15136-1377
aty         +Gary V. Skiba,    345 West 6th St.,    Erie, PA 16507-1244
aty         +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
aty         +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
aty         +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
cr          +Daniel Reitz,    45 Calvary Lane,    Punxsutawney, PA 15767-7932
cr          +Kelly Reitz,    45 Calvary Lane,    Punxsutawney, PA 15767-7932
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14412755    +Americredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
14412756   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Best Buy,    edit Services,    PO Box 183195,    Columbus, OH 43218)
14412760    +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
14412762    +Chase Card Services-Disney,    PO Box 1423,    Charlotte, NC 28201-1423
14412763    +Citi Cards/Bon Ton,    PO Box 6241,    Sioux Falls, SD 57117-6241
14412769   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
              PO Box 10390,    Greenville, SC 29603-0390)
14412768    +Dan & Kelly Reitz,    45 Calvary Lane,    Punxsutawney, PA 15767-7932
14412778    +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
              Fountain Valley, CA 92728-0825
14412779    +Indiana Regional Medical Center,    PO Box 788,    Indiana, PA 15701-0788
14412780     Jefferson County Tax Claim Bureau,    200 Main Street Court House,    Brookville, PA 15825
14412782    +KIA Motor Finance,    PO Box 20815,    Fountain Valley, CA 92728-0815
14412784    +Liberty Mutual Group,    7000 Stonewood Drive Suite 100,    Wexford, PA 15090-7376
14412786   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas TX 75261-9741)
14412787    +Northwest Consumer Discount Company,    107 East Mahoning Street,    PO Box 456,
              Punxsutawney, PA 15767-0456
14412791    +Penn Highlands DuBois,    PO Box 447,    Du Bois, PA 15801-0447
14412792    +Susan L. Mitchell,    301 E. Mahoning Street,    Suite 3,    Punxsutawney, PA 15767-2142
14412794    +The SOS Group,    Collection Agency,    PO Box 16211,    Cleveland, OH 44116-0211
14412767    +W Home Center, Inc.,    313 Martha Street,    Punxsutawney, PA 15767-1821
14412766    +edit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: bthompson@ThompsonAttorney.com Apr 29 2017 01:15:48      Brian C. Thompson,
              Thompson Law Group, P.C.,    125 Warrendale-Bayne Road,    Suite 200,    Warrendale, PA  15086
tr          +EDI: QRSHEARER.COM Apr 29 2017 01:03:00      Robert Shearer,    5703 Brewster Lane,
              Erie, PA 16505-1109
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 29 2017 01:16:11      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
ust         +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 29 2017 01:16:17
              Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
14412757     EDI: CAPITALONE.COM Apr 29 2017 01:03:00      Capital One,    PO Box 71083,
              Charlotte, NC 28272-1083
14412758     EDI: CAPITALONE.COM Apr 29 2017 01:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC 28272-1083
14412759     EDI: BL-BECKET.COM Apr 29 2017 01:03:00      Capital One, N.A.,    c/o Becket and Lee LLP,
              PO Box 3001,    Malvern PA 19355-0701
14412761    +E-mail/Text: bankruptcy@cavps.com Apr 29 2017 01:16:26      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14412764    +EDI: WFNNB.COM Apr 29 2017 01:03:00      Comenity - Gander Mtn,    PO Box 659569,
              San Antonio, TX 78265-9569
14412765    +EDI: WFNNB.COM Apr 29 2017 01:03:00      Comenity- Peebles,    PO Box 659465,
              San Antonio, TX 78265-9465
14412770     EDI: RCSDELL.COM Apr 29 2017 01:03:00      Dell Preferred Account,    Payment Processing Center,
              PO Box 6403,    Carol Stream, IL 60197
14412777    +EDI: PHINAMERI.COM Apr 29 2017 01:03:00      GM Financial,    PO Box 183834,
              Arlington, TX 76096-3834
14412781    +E-mail/Text: ebnsterling@weltman.com Apr 29 2017 01:15:59      Kay Jewelers,    PO Box 740425,
              Cincinnati, OH 45274-0425
14412783    +EDI: CBSKOHLS.COM Apr 29 2017 01:03:00      Kohls/Capital One,    PO Box 3115,
              Milwaukee, WI 53201-3115
14412785    +EDI: RMSC.COM Apr 29 2017 01:03:00      Lowe's/Synchrony Bank,    PO Box 960010,
              Orlando, FL 32896-0010
14412788    +EDI: AGFINANCE.COM Apr 29 2017 01:03:00      ONEMAIN,    605 MUNN ROAD,    FT. MILL, SC 29715-8421

```
District/off: 0315-2            User: aala                  Page 2 of 2                   Date Rcvd: Apr 28, 2017
                                Form ID: 309B               Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14412789        +EDI: AGFINANCE.COM Apr 29 2017 01:03:00      OneMain Financial,    PO Box 9001122,
                 Louisville, KY 40290-1122
14412790         EDI: AGFINANCE.COM Apr 29 2017 01:03:00      OneMain Financial,    P.O. Box 3251,
                 Evansville, IN. 47731-3251
14412793        +EDI: RMSC.COM Apr 29 2017 01:03:00      Synchrony Bank-Lens,    afters,    PO Box 960061,
                 Orlando, FL 32896-0061
14412795        +EDI: RMSC.COM Apr 29 2017 01:03:00      Walmart Mastercard/Syncb,    PO Box 960024,
                 Orlando, FL 32896-0024
                                                                                               TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE, LLC
cr              Nationstar Mortgage LLC, as Servicer
                                                                                          TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
          Brian C. Thompson    on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Gary V. Skiba    on behalf of Creditor Kelly   Reitz gskiba@yochim.com,
           donna@yochim.com;rose227@hotmail.com
          Gary V. Skiba    on behalf of Creditor Daniel   Reitz gskiba@yochim.com,
           donna@yochim.com;rose227@hotmail.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC, as Servicer
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert   Shearer    information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com
                                                                                               TOTAL: 8
```