FILED
4/27/17 4:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Todd R. Newcome,<br>Lori A. Newcome,<br><br>Debtors. | : <br> : <br> : <br> : <br> : | Case No. 16-10776-TPA<br><br>Chapter 13 |
| Todd R. Newcome,<br>Lori A. Newcome,<br><br>Movants,<br><br>v.<br><br>AmeriCredit Financial Services, Inc., dba GM; Best Buy Credit Services; CRW Home Center, Inc.; Capital One; Capital One Bank (USA), N.A.; Capital One, N.A.; Cavalry SPV I, LLC; Cavalry Spv I, LLC; Chase Card Services-Disney; Citi Cards/Bon Ton; Comenity – Gander Mtn; Comenity – Peebles; Credit Collection Services; Dan & Kelly Reitz; (p) Dell Financial Services; GM Financial; Joshua I. Goldman; Hyundai Capital America DBA; Indiana Regional Medical Center; Jefferson County Tax Claim Bureau; Kia Motor Finance; Kay Jewelers; Kohls/Capital One; Liberty Mutual Group; Lowe's/Synchrony Bank; (p) NATIONSTAR MORTGAGE LLC; Lori A. Newcome; Todd R. Newcome; Northwest Consumer Discount Company; ONEMAIN; Office of the United States Trustee; OneMain Financial; OneMain Financial; Penn Highlands Dubois; Pennsylvania Dept. of Revenue; Peoples Gas; Peoples TWP LLC; Peoples TWP LLC; Plain Green Loans; (p) PORTFOLIO RECOVERY ASSOCIATES LLC; Punxatawny Area Hospital; Quantum3 Group LLC as agent for Comenity Bank; Recovery Management Systems Corporation; Daniel Reitz; Kelly Reity; S&T Bank; Gary V. Skiba; (p) SPRINGLEAF FINANCIAL SERVICES; Sterling Jewelers Inc.; Sterling Jewelers, Inc. dba Kay Jewelers; Susan L. Mitchell; Synchrony Bank-LenCrafters; The SOS Group; Brian C. Thompson; S. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Document No.:<br><br>Related to Document No.: 53 |

|  |  |
|---|---|
| James Wallace; Walmart Mastercard/Syncb; James Warmbrodt; Nationstar Mortgage, LLC; Dell Financial Services, LLC; (d) Dell Preferred Account; Portfolio Recovery Associates, LLC; Creditors,<br><br>and<br><br>Ronda J. Winnecour, Trustee,<br><br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>**Hearing Date and Time:**<br>**April 26, 2017 at 11:00 A.M.**<br>:<br>:<br>:<br>:<br>: |

## ORDER OF COURT

AND NOW, upon consideration of Motion to Sever Chapter 13 Case, it is hereby ORDERED that said Motion is GRANTED.

It is FURTHER ORDERED as follows:

A. Joint Debtor Lori A. Newcome's Case shall be immediately converted to a case under Chapter 7 of the Bankruptcy Code; and

B. The Clerk of Court shall create this Chapter 7 new case for Joint Debtor Lori A. Newcome, and assign said case a new case number.

Date: April 26, 2017

United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21782
Lori A. Newcome                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: aala               Page 1 of 1                Date Rcvd: Apr 28, 2017
                                Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
db             +Lori A. Newcome,    7 Wellington Court,    McKees Rocks, PA 15136-1377

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Lori A. Newcome bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 2