UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                Bankr. Case No. 17-21782-TPA

LORI A NEWCOME                                               Chapter 7

      Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                Americredit Financial Services, Inc. dba GM Financial
                PO Box 183853
                Arlington, TX  76096

By /s/ Mandy Youngblood

                Mandy Youngblood
                PO Box 183853
                Arlington, TX  76096
                877-203-5538
                877-259-6417
                Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on May 19, 2017 :

    BRIAN C. THOMPSON

    Robert Shearer
    5703 Brewster Lane
    Erie, PA 16505

By  /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx19490 / 926420