Certificate Number: 05781-PAW-DE-029549602

Bankruptcy Case Number: 17-21782



05781-PAW-DE-029549602

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 9, 2017</u>, at <u>11:31</u> o'clock <u>AM PDT</u>, <u>Lori Newcome</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>July 9, 2017</u>         By:  <u>/s/Allison M Geving</u>

                                 Name:  <u>Allison M Geving</u>

                                 Title:  <u>President</u>